**Dismissed and Opinion Filed September 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01208-CR

### ADOLFO PENA GODINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80210-2013**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141208F.U05



Court of Appeals
Fifth District of Texas at Dallas

## JUDGMENT

ADOLFO PENA GODINEZ, Appellant

No. 05-14-01208-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-80210-2013.
Opinion delivered per curiam before Justices
Bridges, Lang, and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 29th day of September, 2014.